**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | :     1:25-CR-134 (RC) |
| **Ryan Riley English** | : |

**PROPOSED ORDER**

Upon consideration of the Unopposed Motion to Continue Detention Hearing, it is hereby ORDERED on this _____ that the Motion is GRANTED and the Detention Hearing previously scheduled for July 31, 2025, is VACATED;

It is further ORDERED that the hearing is continued to _____;

And it is further ORDERED that, in the interests of justice, the time between July 31, 2025, and _____ 2025 shall be excluded under the Speedy Trial Act, because the ends of justice served by such a continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1) & (h)(7).

_____
U.S. DISTRICT COURT