July 29, 2026

The Honorable Rudolph Contreras
United States District Judge
333 Constitution Avenue, N.W.
Washington, DC 20001

Judge Contreras:

Two hours before the vote on my nomination to be Secretary of the Treasury, the defendant arrived at the United States Capitol armed to kill. Radicalized online by hatred of Republicans, the defendant traveled to Washington, D.C. with the aim of killing a high-ranking official. By the time the defendant arrived, the defendant formulated a plan to assassinate me with homemade incendiary devices or, failing that, by stabbing me to death. It was only at the last moment after observing the heavy security at the Capitol, that the defendant abandoned the plan and was arrested. I had not even taken the oath of office, yet there was a serious attempt to harm me.

In the defendant's own words, this attempted terrorist attack was designed to "send a message." The defendant left a note explaining that "this is terrible but I can't do nothing while Nazis kill my sisters." After being arrested, the defendant told police that the aim was not "to kill the random Democrats and Republicans who are in the Senate voting and talking," but rather to kill the "evil" "head honchos"—which apparently includes me.

My family's move to Washington, D.C. was immediately marred by this senseless act of violence. My children will never experience Washington the way most children do—as a place of history, beauty, and public service. Instead, my young children's first memories of this city are forever tied to this attempt on my life. They have been robbed of their innocence. Rather than seeing this as the place where their father answered the call to serve, they will now associate it with the terrifying realization that their father could have been taken from them because of that service. No child should have to live with the fear of losing a parent to an act of violence, yet that fear has become an inevitable part of my children's daily lives. More importantly, it was an attack on the childhoods of all senior government officials' families.

The defendant's violent turn comes as we are experiencing a terrifying wave of political violence. The country watched in horror on July 13, 2024, when President Trump was nearly assassinated on live television. Two months later, in September 2024, there was another assassination attempt on the President. This time, a man lay-in-wait with a gun near Trump International Golf Course for hours before he was arrested. The would-be assassin was convicted and sentenced to life in prison plus seven years. And a few short months ago, a man traveled to Washington, D.C. from California with the goal of killing the President and numerous Trump administration officials at the White House Correspondence Dinner. The shooter wrote a manifesto labelling himself as a "Friendly Federal Assassin," declaring administration officials to be "targets, prioritized from highest-ranking to lowest," and justifying murder on the basis that he was "no longer willing to permit a pedophile, rapist, and traitor to coat my hands with his crimes."

With hindsight, the inflection point came in 2017, when a man fired 70 rounds at Republican Members of Congress practicing for the annual congressional baseball game. Immediately before he started shooting, the perpetrator asked a bystander to confirm that the members were

1

Republicans. He had a piece of paper with a list of several Republican members of Congress written down, and it was later revealed that he had "cased" the area for months prior to the shooting. Later, investigators discovered that the shooter posted things on the internet like: "Trump is a Traitor. Trump Has Destroyed Our Democracy. It's Time to Destroy Trump & Co." The shooter also belonged to Facebook groups with endearing names like "Terminate the Republican Party" and "The Road To Hell is Paved with Republicans."

In 2020, a lawyer disguised as a delivery driver rang the doorbell at Judge Esther Salas's home in New Jersey. The man had stalked Judge Salas's family for weeks. He knew where Judge Salas's son, Daniel, attended school; he knew where the Salas family went to church; and had followed Judge Salas to work on numerous occasions. When Daniel Salas opened the door, he was shot and killed, age 20. Judge Salas's husband, Mark Anderl, also suffered serious injuries after being shot multiple times.

In 2022, an individual traveled to the Washington area from California, with the goal of assassinating multiple members of the Supreme Court to change the outcome of a case. The individual arrived at Justice Kavanaugh's home in the dead of night, while Justice Kavanaugh and his family were sleeping. The individual wore black clothing and padded boots and carried a firearm, knife, and hammer, before surrendering to U.S. Marshalls guarding the home at the last moment. That individual was sentenced to 97 months in prison. The sentencing judge, who reportedly spoke for two hours at sentencing, cited the defendant's mental health; improper mixing of medications at the time of the assassination attempt; and the fact that the defendant, who is transgender, would be housed in an all-male prison and would not receive access to certain medical procedures as relevant factors in determining the sentence.

Later that same year, a madman broke into Nancy Pelosi's home in the middle of the night. When the assailant could not find Speaker Pelosi, who was not at home, he beat her husband, Paul Pelosi, with a hammer until police intervened. He was convicted in both state court, where he was sentenced to life in prison without parole, and in federal court, where he was sentenced to 30 years.

In December 2024, a member of the radical chic killed United HealthCare CEO Brian Thompson on the street in Midtown Manhattan, because the killer had moral qualms about the health insurance industry. Such is the current climate that I am sure the vast majority of Americans know a lot more about the killer than about Mr. Thompson, who was survived by a wife and two teenage sons. Following the murder, the NYPD warned business executive about possible copycat killings, citing "hit lists" and "wanted" posters identifying targets. It was recently reported that criminals cite the killer as inspiration in justifying their politically motivated crimes.

In June 2025, a man killed Minnesota state representative Melissa Hortman and her husband, Mark Hortman. Earlier that evening, the same man shot and seriously injured state senator John Hoffman and his wife, Yvette Hoffman. I am sure the Court has seen the images of the shooter at the victims' homes, ringing the doorbell, dressed like a police officer, and wearing a mask that belongs in a horror movie. The killer had a hit list of 45 state and federal Democratic officials. The shooter's plea agreement calls for a sentence of life in prison plus 40 years.

There has been a frightening rise in antisemitic violence since 2023, but spring 2025 was a particularly baleful period. In April 2025, a man broke into the Governor's Mansion in Harrisburg, Pennsylvania, where he started a fire and later told police that he planned to bludgeon the Governor

2

of Pennsylvania with a hammer. He was sentenced to 25-30 years in prison. A month later, in May 2025, a man killed two young staffers who worked at the Israeli embassy during an event at the Capital Jewish Museum in Washington, D.C. When he was arrested, the murderer began chanting in support of Palestine—as if that justified his cold-blooded murder.

In September 2025, a disturbed individual targeted and murdered Charlie Kirk in a deliberate, premeditated act of violence because the shooter hated Kirk's political views. Kirk's murder was not the product of fleeting impulse. The premeditated nature of this attack demonstrates a disturbing reality where political violence involves deliberate planning and a calculated selection of the victim based on his public identity.

There is no sign of abatement. Officials continue to be doxxed and swatted, and there are protests at officials' homes—an inherently threatening act. Family members, even children, are not off limits. Justice Amy Coney Barrett's home was recently "swatted." Prior to that, someone called-in a bomb threat to her sister's home in South Carolina, and someone ordered pizzas delivered to several relatives across numerous states over one weekend in early 2025. It might sound like a prank, but the message is unmistakable: People who might do you harm know where you live. Earlier, Justice Barrett told an audience that she was directed to wear a bulletproof vest following a threat and then needed to explain to her children why it was necessary. During the last administration, protestors build tents outside Secretary of State Antony Blinken's home, which they referred to as "Kibbutz Blinken." In one incident, with the press watching, protestors realized that a vehicle arriving at the residence was probably transporting Blinken's two children, who were toddlers at the time. According to media accounts, protestors took the opportunity to scream at the car anyway, accusing Blinken of war crimes. They splattered fake blood in front of the vehicle. Given the way the threat has metastasized, no wonder some of my colleagues decided that it is safer and easier to live at a local military facility rather than their homes.

I worry that our nation cannot survive this assault. Political violence is an attack on the rule of law and on representative government itself. It also deprives our country of service by talented men and women with ability and integrity who may reasonably decide that no job is worth threats to themselves and their families. Not every federal official gets 24/7 security.

There are so many reasons we are enduring this wave of political violence and therefore stopping it is no simple thing. An important step is imposing meaningful punishments on those who would commit acts of political violence, to deter others and stop the spiral. Every defendant has an excuse. The defendant may have mental health issues; the defendant's plan may have been ill-conceived and unlikely to work; the defendant may have surrendered to authorities at the last moment. But far more relevant is the defendant's goal of murdering a cabinet official and the grave harm of the defendant's conduct to our social compact.

Sincerely,

Scott K. H. Bessent

3